El Juez Asociado Señor Aldrey está conforme con el resultado.

No. 4192.—Pueblo, apldo., v. Dávila, aplte.—C. D. San Juan. ▉ Junio 23, 1930. Desestimado.

No. 4254.—Pueblo, apldo., v. López, aplte.—C. D. Ponce., ▉ Diciembre 12, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Reconsiderada la resolución que desestimó el recurso, el cual fué reinstalado.

No. 4215.—Pueblo, aplte., v. Rivera, apldo.—C. D. Arecibo. ▉ Noviembre 24, 1930. Desestimado visto el allanamiento del fiscal apelante.

No. 4214.—Pueblo, aplte., v. Figueroa et als., apldos— C. D. Arecibo. ▉ Noviembre 24, 1930. Desestimado visto el allanamiento del fiscal apelante.

No. 4213.—Pueblo, aplte., v. Figueroa, apldo.—C. D. Arecibo. ▉ Noviembre 24, 1930. Desestimado visto el allanamiento del fiscal apelante.

No. 4337.—Pueblo, apldo., v. Santiago, aplte.—C. D. San Juan. ▉ Diciembre 24, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Desestimado el recurso a petición del fiscal por los fundamentos del caso No. 4336 El Pueblo v. Joaquín Rivera Pérez (ante, pág. 661.)

No. 4352.—Pueblo, apldo., v. Graciani, aplte.—C. D. Bayamón. ▉ Diciembre 24, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Desestimado el recurso a petición del fiscal por los fundamentos del caso de El Pueblo v. Joaquín Rivera Pérez (ante, pág. 661.)

No. 4295.—Pueblo, apldo., v. Varela, aplte.—C. D. Aguadilla. ▉ Marzo 4, 1931. Sin lugar la deses-